**No. 49811.**—Protest 104422–K of General Foods Corp. (New York).

Opinion by KEEFE, J. At the trial counsel for Government offered the collector's memorandum and a later memorandum amending the first one. The statutory period in which the collector might review his decision having expired, a stipulation of counsel was entered into agreeing that the allowance be made in accordance with the collector's memoranda. The court therefore directed the collector to reliquidate the entries upon the basis of weight appearing in schedule attached to decision.

**No. 49812.**—Protest 104423–K of General Foods Corp. (New York).

Opinion by KEEFE, J. At the trial it appeared it was agreed that the collector's memorandum of September 20, 1943, be admitted in evidence, and that allowance in duties be made in accordance with recommendation of the collector which stated that after reviewing the involved entries his office was of the opinion that duty should only have been assessed upon the actual weight of the sound nuts delivered, and that since the time for review and modification of the collector's decision had expired the collector's office would have no objection to a stipulation or agreement. In view thereof the court directed the collector to reliquidate the entries on the basis of the schedule attached to decision.

NOVEMBER 21, 1944

**No. 49813.**—SUIT 4485.——*United States* v. *Gerhart L. Kobrak.* C. D. 838. Appeal dismissed October 2, 1944, on stipulation of counsel

BEFORE THE SECOND DIVISION, NOVEMBER 22, 1944

**No. 49814.**—Petition 6050–R of John Carter (Wilmington).

Opinion by KINCHELOE, J. From a careful examination of the record the court was satisfied that the entry was made without any intention to defraud the revenue of the United States or to conceal or misrepresent the facts. The petition was granted.